UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIAN HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO.  CV-11-3123-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on May 9, 2013, recommending Plaintiff's Motion for Summary Judgment be **GRANTED** and Defendant's Motion for Summary Judgment be denied. ECF No. 23. Objections to the Report and Recommendation were due on or before May 23, 2013. There being no objections to the Report and Recommendation, the court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Summary Judgment, ECF No. 15, is **GRANTED**, and the matter shall be remanded to the Commissioner for additional proceedings consistent with the Magistrate Judge's recommendations; Defendant's Motion for Summary Judgment, ECF No. 18, is **DENIED**. Application for attorney fees may be made by separate motion.

**IT IS SO ORDERED.**

The District Court Executive is directed to forward copies of this

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 Order to counsel for the Plaintiff and Defendant.  The file shall be
2 closed and judgment entered for Plaintiff.

        **DATED** this    3rd    day of July, 2013.

*S/Lonny R. Suko*
LONNY R. SUKO
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2