UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIAN HERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | NO.  CV-11-3123 -CI<br><br>**JUDGMENT IN A<br>  CIVIL CASE** |

**DECISION BY THE COURT:**

　　This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that:

　　Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).   Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

　　DATED: July 3, 2013

                    SEAN McAVOY
                    District Court Executive/Clerk

                    s/ L. Stejskal
                    Deputy Clerk